**Forms are generic suggestions.  Parties and their attorneys should revise them to address the unique circumstances of each case.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Jacksonville* DIVISION
www.flmb.uscourts.gov

F I L E D
JACKSONVILLE, FLORIDA

DEC  1 2021

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re                                              )
                                                   )
. Cherry A. Cecchi                                 )    Case No. _:18bk-04255 -JAF
                                                   )    Chapter 13
            Debtor.*                               )
                                                   )

_____

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court.  Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited.  I have a right to claim said funds due to the following (insert reasons you have a right to claim said funds in the lines provided below):

_____ *Overage money due to deceased debtor* _____

_____

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any supporting documents required for this application is, to the best of Claimant's knowledge, true and correct.  Accordingly, Claimant requests the Court to enter an order authorizing payment of the dividend due upon this claim.

| | |
|---|---|
| Name of Claimant: | *Estate of Cherry A. Cecchi* |
| Mailing Address: | *2699 Strly Road, Suite C363* |
| City: *Ft. Lauderdale* State: *FL* | Zip Code: *33312* |
| Telephone Number: Home: ✕ | Work: *954 272-2660* |
| Last Four Digits of SS# or Tax ID Number: | *EIN 87-6828518* |
| Amount of Claim: *9,142.78* | |

_____

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 09/28/17                                        Revised 12/1/2020

**Forms are generic suggestions.   Parties and their attorneys should revise them to address the unique circumstances of each case.**

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL  33602.

_____          _11/30/2021_
CLAIMANT'S SIGNATURE  Probotelawyer            DATE
                      Bar# 109703

**[If filed by an individual, must include notary information below]**

STATE OF FLORIDA
COUNTY OF _Broward_

The foregoing instrument was acknowledged before me this _30_ day of _November_, 20 _21_, by (name of person acknowledging). _Jacqueline E. Cannavan, Esq._

(NOTARY SEAL)  ELAINE R. GENNARO        Signature of Notary Public _Elaine R. Gennaro_
               State of Florida-Notary Public
               Commission # GG 267887       _____
               My Commission Expires        Name of Notary, typed, printed or stamped
               January 20, 2023

Personally known __✓__ OR Produced Identification_____
Type of Identification Produced_____

2